## TAYLOR v. THE STATE.

FISH, J. The requests to charge were fully covered by the general instructions given the jury ; the charges excepted to were free from error ; there was no error in admitting evidence, nor in the omissions to charge excepted to ; and the verdict was warranted by the testimony.

Judgment affirmed. All the Justices concurring.

Submitted October 23, — Decided November 6, 1901.

Indictment for murder. Before Judge Butt. Muscogee superior court. August 19, 1901.

T. T. Miller and E. J. Wynn, for plaintiff in error.

J. M. Terrell, attorney-general, S. P. Gilbert, solicitor-general, and G. Y. Tigner, contra.